STATE of Missouri, Respondent,

v.

Ivan Burdell MILLER, Jr., Appellant.

No. 44433.

Missouri Court of Appeals,
Eastern District,
Division Three.

Aug. 16, 1983.

Motion for Rehearing and/or Transfer to Supreme Court Denied Oct. 4, 1983.

Charles Hayward, Creve Coeur, for appellant.

John Ashcroft, Atty. Gen., Kristie Lynne Green, Asst. Atty. Gen., Jefferson City, for respondent.

ORDER

PER CURIAM

Defendant appeals from his conviction, after a jury trial, of robbery in the first degree for which he was sentenced to ten years' imprisonment. No jurisprudential purpose would be served by a written opinion. The judgment of the trial court is affirmed pursuant to Rule 30.25(b).